UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

ROCKY M. PERSICHILLI and                  Case No. 09-79697-ast
CATHERINE A. PERSICHILLI,              Chapter 7

                              Debtors.
-------------------------------------------------------X

## ORDER

Pursuant to the Notice of Presentment for an order re-opening the Debtors' Chapter 7 bankruptcy case pursuant to Section 350(b) of the Bankruptcy Code, and for an order avoiding certain judicial liens on the Debtors' real property pursuant to Section 522(f)(1) of the Bankruptcy Code, and based on the application of the debtors, and no opposition thereto having been submitted, and after due deliberation, it is hereby

**ORDERED**, that the instant case is hereby reopened for the limited purpose of entry of the within Order; and it is further

**ORDERED**, that a Chapter 7 Trustee need not be appointed in this reopened case; and it is further

**ORDERED**, that the following judgment liens be avoided pursuant to Section 522(f)(1) of the Bankruptcy Code:

        A)        Capital One Bank v. Catherine A. Persichilli
                  Judgment filed: 8/27/2009
                  Perfected:     8/7/2009
                  Amount:      $3,086.14

        B)        Capital One Bank v. Rocky M. Persichilli
                  Judgment Filed: 10/28/2009
                  Perfected: 9/29/2009
                  Amount:   $7,109.66

; and it is further

**ORDERED**, that the Suffolk County Clerk is hereby directed to remove these judgments from its judgment docket; and it is further

**ORDERED**, that upon entry of the within Order the instant case shall be re-closed.



**Dated: August 31, 2010**  
**Central Islip, New York**

_____  
**Alan S. Trust**  
**United States Bankruptcy Judge**